**DENIED and Opinion Filed July 10, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00484-CV**

**IN RE PATE REHABILITATION ENDEAVORS, LLC, Relator**

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02940-A**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is relator's May 19, 2023 petition for writ of mandamus wherein relator contends that the trial court's November 7, 2023 order entitled "Dismissal as to Expedient Medical Staffing, LLC Only" is a final judgment. Relator requests the Court to compel the trial court to close and take no further action in the underlying proceeding.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Judicial action taken after a trial court's plenary power expires,

however, is void, and a relator need not demonstrate an inadequate remedy by appeal. *See In re Dansby*, 583 S.W.3d 838, 840 (Tex. App.—Dallas 2019, orig. proceeding).

After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

230484f.p05

/Emily Miskel/
EMILY MISKEL
JUSTICE